## Exhibit "A"

## Second Amended List of Ordinary Course Professionals

| Name | Services to be Rendered |
|---|---|
| WithumSmith & Brown, P.C.<br>465 South Street<br>Suite 200<br>Morristown, NJ 07960<br>Attn: William Oster | External audit of Debtor's financial statements |
| David Watner, Esq.<br>1129 Bloomfield Avenue<br>West Caldwell, NJ 07066 | Represent Debtor as plaintiff in collection actions |
| Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932<br>Attn: John A. Ridley, Esq. | Represent Debtor in defense of action filed by two former employees |

1322319 v1/NY