**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Lawrence C. Gottlieb (LG-2565)
Adam C. Rogoff  (AR-0820)
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 479-6000
Telecopy:  (212) 479-6275

-and-

Stephen V. Falanga (SF-6414)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Telephone:  (973) 535-0500
Telecopy:  (973) 535-9217

Counsel for Debtor

| In Re: | Chapter 11 |
|---|---|
| BAYONNE MEDICAL CENTER, | Case No. 07-15195 (MS) |
| Debtor. | |

*Order Filed on 5/29/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

**STIPULATION AND CONSENT ORDER GRANTING DONNA SCOTT
CONDITIONAL RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through five (5) is hereby

**ORDERED.**

Dated: **DATED: 5/29/2008**, 2008

_____
Honorable Morris Stern
United States Bankruptcy Judge

1950110-02

(Page 2)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Caption of Order: | **STIPULATION AND CONSENT ORDER GRANTING DONNA SCOTT CONDITIONAL RELIEF FROM THE AUTOMATIC STAY** |

THE MATTER having been brought before the Court on Motion of Clara R. Smit, Esquire, attorney for Donna Scott ("Scott"), a potential creditor of Bayonne Medical Center (the "Debtor"), for an Order modifying the automatic stay to allow Scott to proceed towards final judgment or settlement in the state court discrimination action entitled *Scott v. Bayonne Medical Center*, bearing docket number HUD-L-1441-06, filed against the Debtor in the Superior Court of New Jersey, Law Division, Hudson County ("State Court Action"); and both the Debtor, represented by Connell Foley, LLP, and Scott having agreed to resolve this matter by the terms of this stipulation and consent order (the "Consent Order"); and for good cause appearing,

IT IS SO ORDERED THAT:

1. The automatic stay is hereby modified to allow Scott the limited relief of proceeding towards final judgment or settlement of claims against the Debtor in the State Court Action.

2. The automatic stay will be reimposed as to any action against the Debtor and/or its insurance policies related to the State Court Action if and when the defense costs and fees incurred by or on behalf of the Debtor in the State Court Action reach $100,000.00. The Debtor shall advise Scott when the State Court Action defense costs and fees reaches 75% of this figure ($75,000.00).

*Approved by Judge Morris Stern May 29, 2008*

(Page 3)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Caption of Order: | **STIPULATION AND CONSENT ORDER GRANTING DONNA SCOTT CONDITIONAL RELIEF FROM THE AUTOMATIC STAY** |

3. Notwithstanding the limited relief to proceed towards final judgment or settlement granted by this Consent Order, further relief from the automatic stay from the Court will be required to collect upon any judgment or enforce any settlement. In the event of a settlement, the motion to approve settlement shall be filed by the Debtor within a reasonable period of time following receipt of written advisement of settlement from Scott. Nothing shall preclude Scott from filing the motion to approve settlement herself. In the event of a judgment against the Debtor in the State Court Action, Scott will be required to seek relief from the automatic stay prior to taking any action to enforce or collect upon its judgment.

4. In connection with this modification of the automatic stay, Scott's recovery against the Debtor shall be limited to the extent of available insurance coverage. Scott waives any right to participate with other unsecured creditors in the distribution process in the bankruptcy case.

5. Nothing within this Consent Order shall be deemed a waiver of any legal or equitable defense available to the Debtor in the State Court Action.

6. Facsimile or scanned copies of signatures on this Consent Order are acceptable, and a facsimile or scanned copy of a signature on this Consent Order is deemed an original.

7. This Consent Order may be executed in counterparts, each of which is deemed an original, but when taken together constitute one and the same document.

*Approved by Judge Morris Stern May 29, 2008*

(Page 4)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Caption of Order: | **STIPULATION AND CONSENT ORDER GRANTING DONNA SCOTT CONDITIONAL RELIEF FROM THE AUTOMATIC STAY** |

---

8.  This Consent Order is subject to the approval of the Bankruptcy Court. This Consent Order shall not be binding upon the parties until the Bankruptcy Court approves this Consent Order.

9.  Scott will serve this Consent Order upon the Debtor, U.S. Trustee, the Attorneys for the Official Committee of Unsecured Creditors and any other party that has made an appearance on this motion within seven (7) days of docketing of this Consent Order.

[continued on following page]

*Approved by Judge Morris Stern May  29, 2008*

(Page 5)

| | |
|---|---|
| Debtor: | BAYONNE MEDICAL CENTER |
| Case No: | 07-15195 (MS) |
| Caption of Order: | **STIPULATION AND CONSENT ORDER GRANTING DONNA SCOTT CONDITIONAL RELIEF FROM THE AUTOMATIC STAY** |

We, the undersigned, on behalf of our respective clients, consent to entry of this Consent Order.

CLARA R. SMIT, ESQ.  
Attorney for Donna Scott

By: ____/s/ Clara R. Smit__  
      Clara R. Smit

CONNELL FOLEY LLP  
Attorneys for Debtor, Bayonne Medical Center

By:__/s/ Philip W. Allogramento III__  
      Philip W. Allogramento III (PA7796)

SILLS, CUMMIS & GROSS, P.C.  
Attorneys for the Official Committee of Unsecured Creditors

By: ___/s/ Valerie A. Hamilton_  
      Valerie A. Hamilton

*Approved by Judge Morris Stern May 29, 2008*